| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| ROBERT EUGENE ENGLAND, | § § § § | |
| Plaintiff, | | |
| versus | § § § § § § § § | CIVIL ACTION NO. 1:12-CV-118 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | | |
| Defendant. | | |

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. Pursuant to such order, the Court has received and considered the Reports of the United States Magistrate Judge (Docket Nos. 5 and 10) regarding the Plaintiff's first and second motions to proceed *in forma pauperis*. No objections to the magistrate judge's reports were filed, but the Plaintiff filed a "Motion to Withdraw Complaint Without Prejudice" (Docket No. 11) on April 4, 2012, seeking a voluntary dismissal for lack of funds to pay the filing fee.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Reports of the United States Magistrate Judge are **ADOPTED**. An order denying the Plaintiff's motion to proceed *in forma pauperis* and granting the voluntary dismissal will be entered separately.

SIGNED at Beaumont, Texas, this 3rd day of May, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE